IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No.: CR 16-81 |
| vs. | ) **UNRESISTED** |
| MICHAEL BORDMAN, | ) MOTION TO CONTINUE TRIAL AND |
| Defendant. | ) TRIAL-RELATED DEADLINES |

Defendant Michael Bordman, through counsel, respectfully moves to continue the trial, and all trial-related deadlines, and in support states as follows:

1. On October 5, 2016, an Indictment was filed against Defendant charging him with one count of Sexual Exploitation of a Child, in violation of 18 U.S.C. §§ 2251(a) and 2251(e); one count of Distribution of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); one count of Receipt of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(2) and 2252(b)(1); and one count of Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2). Defendant was arraigned on October 7, 2016, and he pled not guilty to all charges. Defendant was ordered detained and he remains detained to this day.

2. On November 2, 2016, a superseding indictment was filed against Defendant. The superseding indictment added counts 4-6 to replace count 4 of the original indictment. Thus, in addition to counts 1-3 listed above, Defendant is now facing three counts of possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2), rather than one count.

3. Trial is currently scheduled to begin December 12, 2016. Defendant's acceptance of responsibility deadline is November 21, 2016. Trial motions are due by November 25, 2016.

1

4. Some discovery has been copied and provided to the undersigned by the government. Given that this case involves child pornography much of the relevant discovery has to be reviewed at the U.S. Attorney's Office. The undersigned has been to the U.S. Attorney's Office twice to review such and anticipates going again this week. However, the undersigned has not been able to review all of the contraband discovery to date, due the large number of files which have to be reviewed. Each of the files contains numerous images, many of which do not appear to be child pornography or are age-questionable. Therefore, it's necessary for every computer file to be reviewed in order to ascertain whether they actually do contain child pornography. The undersigned believes that it will take several more visits to the U.S. Attorney's Office in order to finish reviewing all of these files.

5. There are also several witnesses who need to be interviewed by the defense. Tina Debban, the investigator for the Federal Defender's Office, has made attempts to interview these witnesses, but the witnesses have not been available when she has been out to interview them. Ms. Debban is going to continue trying to interview the witnesses, but she is out of the office the entire week of November 7, 2016.

6. Further, the undersigned will be out of the office for a previously planned vacation from December 2 until December 12, 2016. The undersigned will be out of the country, and has paid for non-refundable airfare and accommodations.

7. Assistant United States Attorney Mark Tremmel has indicated the government does not resist this motion. Additionally, one of the government's witnesses will be unavailable the week of January 9-13, 2017.

8. No prior motion to continue has been filed.

9. For the foregoing reasons, Defendant Michael Bordman, through counsel, respectfully moves to continue the trial for approximately 35 days–until at least the week of

2

January 16, 2017.  Such a continuance will allow adequate time for proper investigation and preparation in this case, as well as ensuring that Defendant receives adequate representation. Defendant, through counsel, also moves to continue all trial-related deadlines.

FEDERAL DEFENDER'S OFFICE
222 Third Avenue SE, Suite 290
Cedar Rapids, IA   52401-1509
TELEPHONE: (319) 363-9540
TELEFAX: (319) 363-9542

BY: /s/   Jill M. Johnston
JILL M. JOHNSTON
jill_johnston@fd.org
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on November 7, 2016, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.
           /s/ Carrie Maas