IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 16-81-LRR |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S MOTION |
| vs. | ) | FOR LEAVE OF COURT |
| | ) | TO FILE SUPPLEMENTAL |
| MICHAEL BORDMAN, | ) | SENTENCING MEMORANDA |
| | ) | AND EXHIBITS UNDER SEAL |
| Defendant. | ) | (UNRESISTED) |

Pursuant to Local Rule 5(c), the government hereby files its motion for leave of court to file supplemental sentencing memoranda and exhibits under seal, and in support of this motion states as follows:

1. Sentencing in this case is set for June 12, 2017, at 10:00 a.m.

2. On Saturday, June 3, 2017, the government received a written restitution request and supporting documents from the attorney for victims of the "Sweet Sugar" Internet child pornography series. The documents are redacted and do not contain the victims' names, but they do contain victim psychological evaluations and other information that, if part of the public record, could be used to identify the victims.

3. The government seeks to file a supplemental sentencing memorandum with attached exhibits, including the restitution request and supporting documents, information from a Child Identification Report from the National Center for Missing and Exploited Children, and information from the Department of Justice related to past restitution awards. In addition, after the government obtains more information about which specific victims in the series are depicted in the videos at

1

issue, it anticipates requesting leave of court to file supplemental sentencing memoranda (and possible exhibits) regarding this restitution request out of time.

4. Given the sensitive nature of the victim information, the government respectfully requests that the Court grant its motion to file supplemental sentencing memoranda and exhibits relating to this restitution request under seal.

5. The government has provided the restitution request and supporting documents to defense counsel, who stated that she did not object to this motion.

Respectfully submitted,

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on June 5, 2017.

UNITED STATES ATTORNEY

BY: s/ Mark Tremmel

COPIES TO: Jill Johnston

SEAN R. BERRY
Acting United States Attorney

By: s/ Mark Tremmel

MARK TREMMEL
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Mark.Tremmel@usdoj.gov