TO:  CLERK, USCA                                          DATE:  07/10/2017

FROM:  U.S.D.C. FOR THE NORTHERN DISTRICT OF IOWA

    Karen S Yorgensen

APPEAL NO:  17-2395

DISTRICT COURT NO:  16-cr-81-LRR

CASE NAME:  USA v. Michael Bordman

TRANSMITTED HEREWITH:


    ✓   TRANSCRIPTS:

        Plea Hearing transcript dated 12/22/16 (1 vol)
        Sentencing Hearing transcript dated 06/12/17 (1 vol)




    ✓   DRAFT PSIR – 3 COPIES

    ✓   FINAL PSIR – 3 COPIES

    ✓   SEALED DOCUMENTS:




        OTHER:




COMMENTS:

This file has been reprinted for appeal purposes only. Please do not return to the District Court
upon completion.