IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 16-81-LRR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| MICHAEL BORDMAN, | ) | GOVERNMENT'S MOTION FOR REDACTION OF SENTENCING TRANSCRIPT (UNRESISTED) |
| Defendant. | ) | |

The government moves that the Court enter an order that the information below, marked "XXX" (replacing "information concerning a child" under 18 U.S.C. § 3509(d)(1)(A)(1)) be redacted before the listed transcript becomes electronically available to the public. The government has contacted defense counsel, who does not resist this motion.

| Document No. Of Transcript | Page No. | Line No. | Redacted Identifier |
|---|---|---|---|
| 65 | 35 | 23 | Redact so as to read, "explicit depictions of XXX when she was between" |
| 65 | 36 | 8 | Redact so as to read, "age 23. He's single. He XXX the" |
| 65 | Index, page 3 | 3 | Redact the entire third line in the second column. |

1

Respectfully submitted,

SEAN R. BERRY
Acting United States Attorney

By: s/ Mark Tremmel

MARK TREMMEL
Assistant United States Attorney
111 Seventh Avenue SE, Box 1
Cedar Rapids, Iowa 52401
(319) 363-6333 / (319) 363-1990 (fax)
Mark.Tremmel@usdoj.gov

CERTIFICATE OF SERVICE

I certify that I electronically served a copy of the foregoing document to which this certificate is attached to the parties or attorneys of record, shown below, on August 1, 2017.

UNITED STATES ATTORNEY

BY: s/ LSM

COPIES TO:  Jill Johnston
            Patrice Murray (by e-mail)